# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIKTOK, INC., TIKTOK, LTD.,
TIKTOK PTE., BYTEDANCE,
LTD., AND BYTEDANCE, INC.

NO. 2025 CW 0446

**AUGUST 18, 2025**

---

In Re:  TikTok Inc., TikTok Ltd., TikTok Pte. Ltd., ByteDance Ltd., and ByteDance Inc., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 184754.

---

**BEFORE:  McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc

HG

**Stromberg, J.,** concurs in part and dissents in part. I concur with the denial of the writ as to the denial of the exception of lack of personal jurisdiction. However, I dissent and would grant the writ as to the denial of the exception of improper venue. The allegations of the petition specifically alleged venue was proper in East Baton Rouge Parish. Although it appears plaintiff filed a motion to file an amended petition asserting this was a typographical error and it should have been Livingston Parish, there is no information in the writ application to confirm whether that motion was granted. Moreover, the petition does not contain substantive allegations to support that contact was made in Livingston Parish. See La. R.S. 51:1407(A). I would grant the exception of improper venue and remand this matter to the district court to allow an opportunity to plaintiff to amend the petition to remove the grounds of the objection. See La. Code Civ. P. art. 932.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT